UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY OISTEN,

    Plaintiff,

v.

    CASE NO. 1:20-CV-900

    HON. ROBERT J. JONKER

COMMONWEALTH FINANCIAL
SYSTEMS, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

On November 23, 2020, the Court issued an order setting a deadline of January 22, 2021, for submission of closing documents (ECF No. 42). The deadline has lapsed with no response and accordingly,

**IT IS ORDERED** this matter is hereby **DISMISSED** without prejudice and without costs.

Date:   January 26, 2021            /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    CHIEF UNITED STATES DISTRICT JUDGE